B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Oztekin, Errol S. | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>Oztekin, Kimberly I. |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-4952 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-7157 |
| Street Address of Debtor (No. and Street, City, and State):<br>7 Pacer Trail<br>South Barrington, IL　ZIP Code 60010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>7 Pacer Trail<br>South Barrington, IL　ZIP Code 60010 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Oztekin, Errol S.<br>Oztekin, Kimberly I. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Oztekin, Errol S.<br>Oztekin, Kimberly I. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Errol S. Oztekin<br>Signature of Debtor  Errol S. Oztekin<br><br>**X** /s/ Kimberly I. Oztekin<br>Signature of Joint Debtor  Kimberly I. Oztekin<br><br>Telephone Number (If not represented by attorney)<br><br>April 30, 2012<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Richard M. Fogel<br>Signature of Attorney for Debtor(s)<br><br>Richard M. Fogel 3127114<br>Printed Name of Attorney for Debtor(s)<br><br>Shaw Gussis et al<br>Firm Name<br><br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654<br>Address<br><br>312-541-0151  Fax: 312-980-3888<br>Telephone Number<br><br>April 30, 2012<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Errol S. Oztekin / Kimberly I. Oztekin
Debtor(s)

Case No. 
Chapter 7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Errol S. Oztekin
                       Errol S. Oztekin

Date:   April 30, 2012

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Errol S. Oztekin
     Kimberly I. Oztekin
                                Debtor(s)

Case No. _____
Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Kimberly I. Oztekin
                     Kimberly I. Oztekin

Date:  April 30, 2012

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

224mortgagesuppor/CBCMTG
520 East Main St.
Carnegie, PA 15106

Ally Automotice Finance
PO Box 380901
Minneapolis, MN 55438

American Express
P.O. Box 7871
Fort Lauderdale, FL 33329

Armor Systems Co
2322 N. Green Bay Rd.
Waukegan, IL 60087

Aurora Loan Services
601 5th Ave.
Scottsbluff, NE 69361

Bank of America
1201 Main Street
7th Floor
Dallas, TX 75202

Bank Of America
1825 E. Buckeye Rd.
Phoenix, AZ 85034

Bank of America
PO Box 1597
Norfolk, VA 23501

Bank Of America Mortgage
P.O. Box 9000
Getzville, NY 14068-9000

Bank Of America Mortgage
POB 35140
Louisville, KY 40232

Bank of America, N.A.
c/o The Wirbicki Law Group
33 W. Monreo St. #1140
Chicago, IL 60603

Bank of Mauston
503 State Road 82 East
Post Office Box 226
Mauston, WI 53948-0226

Bank One
Bank One Card Serv.
Westerville, OH 43081

Cach LLC/Citibank
4340 S. Monaco St.
Unit 2
Denver, CO 80237

Caine & Weiner
21210 Erwin St.
Woodland Hills, CA 91367

Capital 1 Bk
11013 W. Broad St.
Glen Allen, VA 23060

Capital One
PO Box 85015
Richmond, VA 23285

Capital One Bank
P.O. Box 85522
Richmond, VA 23285

CB CIN NOVIS
P.O. Box 1838
Columbus, OH 43216

CB USA SEARS
8725 W. Sahara Ave
The Lakes, NV 89163

CB USA SEARS
133200 Smith Rd.
Cleveland, OH 44130

CBUSA/THD
CCS Gray Ops Center
Gray, TN 37615

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase BP
225 Chastain Meadows Court
Kennesaw, GA 30144

Chase Manhattan Bk
900 Stewart Avenue
Garden City, NY 11530

Chase Manhattan Mtge
P 0 Box 24730
Columbus, OH 43224-0730

Chase Mort
200 Old Wilson Rd.
Worthington, OH 43085

Citi USA Sears
PO Box 20363
Kansas City, MO 64195

Citibank
100 Citibank Drive
San Antonio, TX 78245

Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602

Credit Tech
50481 W. Pontiac Trail
Wixom, MI 48393

Discover Financial Svc
P.O. Box 15316
Wilmington, DE 19850

```
DSNB Macys
3039 Corn Wallis Rd.
Durham, NC 27709


Eric S. Rein
Horwood Marcus & Berk Chtd.
500 W. Madison Street, Suite 3700
Chicago, IL 60661


Experian Business Credit
600 City Pkwy. W
Ste. 800
Orange, CA 92868


Exxon Mobil
P.O. Box 6497
Sioux Falls, SD 57117-6497


FIA Card Services, NA
PO Box 15019
Wilmington, DE 19850-5019


First Union Mtg Corp
P.O. Box 29544
Raleigh, NC 27626


FirstMerit Bank, N.A.
III Cascade Plaza
Akron, OH 44308


FirstMerit Bank, N.A.
PO Box 3648
Akron, OH 44309


GECRB/JC PENNEY
P.O. Box 981400
El Paso, TX 79998


GEMBLIC PE
P.O. Box 981424
El Paso, TX 79998


GMAC
200 Renaissance Ctr.
Detroit, MI 48243
```

```
Green Point Mortgage
2300 Brookstone CE
Columbus, GA 31904


Green Point Savings Mtg
P.O. Box 84013
Columbus, GA 31908-4013


HB/RHODES
200 Beneficial Ctr.
Peapack, NJ 07977


HSBC/CARSN
P.O. Box 15521
Wilmington, DE 19805


HSBC/NEIMN
P.O. Box 15221
Wilmington, DE 19850


HSBC/OFMAX
P.O. Box 15221
Wilmington, DE 19850


HSBC/RHODE
P.O. Box 15524
Wilmington, DE 19850


HSBC/WICKS
90 Christiana Rd.
New Castle, DE 19720


Illinois Dep of Employment Security
33 S. State, 10th Fl.
Chicago, IL 60603


ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Revenue
Bankrupcty Section
PO BOx 64338
Chicago, IL 60644-0338
```

```
Illinois Department of Revenue
Central Registration Div
PO Box 19476
Springfield, IL 62794-7476


Inland Bank
2805 Butterfield Rd.
Oak Brook, IL 60523


Inland Bank and Trust Co.
5456 S. LaGrange Rd.
Countryside, IL 60525


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


James S. Marco
Levenfeld Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602


Jamie Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street #1300
Chicago, IL 60602


JC Penney Co. Inc.
PO Box 45270
Salt Lake City, UT 84145-0270


Kohls
Legal Dept
N 56W17000 Ridgewood Dr.
Menomonee Falls, WI 53051


Libertyville Bank and Trust Company
507 N. Milwaukee Av.
Libertyville, IL 60048
```

Lord & Taylor
P.O. Box 8077
Lorain, OH 44055


MBGA/JC Penney
P.O. Box 981426
El Paso, TX 79998-1426


MBNA AMER
P.O. Box 17054
Wilmington, DE 19884


MBNA America
POB 15026
Wilmington, DE 19801


MBNA America Bank NA
400 Christiana Rd.
Newark, DE 19713


MCYDSNB
9111 Duke Blvd.
Mason, OH 45040


Midland Funding
8875 Aero Dr.
Ste. 200
San Diego, CA 92123


MW Community Credit Union
7400 N. Waukegan Rd.
Niles, IL 60714


NBGL-CARSONS
140 W Industrial Dr.
Elmhurst, IL 60126


Netvision International
650 Douglas Ave.
Ste. 1000
Altamonte Springs, FL 32714-2554


Nm/ Parishes Cu A D
7400 N Waukegan Rd.
Niles, IL 60714-4387

Nordstrom FSB
P.O. Box 6566
Englewood, CO 80155


Oakbrook Bank
1400 16th St.
Hinsdale, IL 60521


Pavle Jankovic
c/o Levin Riback Law Group
60 W Randolph 333
Chicago, IL 60601


Portfolio Recovery Assoc
120 Corporate Blvd.
Ste. 1
Norfolk, VA 23502


Randhurst Medical, S.C.
301 E. Rand Rd.
Mount Prospect, IL 60056


Rnb - M Fields
3701 Wayzata Blvd.
Minneapolis, MN 55416


Rnb-Field3
3701 Wayzata Blvd.
Mail Stop #2-Cf
Minneapolis, MN 55416


Russell C. Wirbicki
Wirbicki Law Group
33 W. Monroe St., Suite 1140
Chicago, IL 60603


Sears
13200 Smith Rd.
Cleveland, OH 44130


Sears/CBSD
P.O. Box 6189
Sioux Falls, SD 57117

```
TGI
13200 Smith Rd.
Cleveland, OH 44130-7802


Thd/Cbsd
P.O. Box 6003
Hagerstown, MD 21747


The Home Depot/CBUSA
P.O. Box 9714
Gray, TN 37615


Thomas J. Casey
Curran Hollenbeck & Orton
111 Oak St./PO Box 140
Mauston, WI 53948-0140


Tod Curtis
c/o Barnes Thornburg
1 N Wacker Dt
Chicago, IL 60606


Tod Curtis
c/o Richard Valentino
101 N. Arlington Heights Rd.
Arlington Heights, IL 60004


Tod Curtis
c/o Richard Jalovec & Assoc.
1021 W. Adams #102
Chicago, IL 60607


Tod Curtis
c/o Michael R. Graf, P.C.
750 W. Northwest Hwy.
Arlington Heights, IL 60004


Tod Curtis
c/o Riccardo DiMonte
216 W. Higgins
Park Ridge, IL 60068


Tod Curtis
c/o Jalovec Richard & Assoc.
1021 W. Adams #102
Chicago, IL 60607
```

```
US Food Service
c/o Teller Levit
19 S. LaSalle St. #701
Chicago, IL 60603


Verizon
1515 Woodfield Rd.
Schaumburg, IL 60173


Wachovia Mortgage
P.O. Box 3008
Raleigh, NC 27602


Wells Fargo Financial
34204 Van Dyke Ave
Ste. 1-I
Sterling Heights, MI 48312


WFFNB/The Company Stor
P.O. Box 182789
Columbus, OH 43218


WFFNBNS
P.O. Box 182128
Columbus, OH 43218


WFINANCE
800 Walnut St.
Des Moines, IA 50309


WFNNB/Victorias Secret
220 W. Schrock Rd.
Westerville, OH 43081


William E. Dutton, Jr.
Dutton & Dutton, P.C.
10325 W. Lincoln Hwy.
Frankfort, IL 60423


WLS FRG Finc
8010 E. McDowell Rd.
Scottsdale, AZ 85257
```